| | |
|---|---|
| 1  Tyler J. Woods (State Bar No. 232464)<br>    twoods@trialnewport.com<br>2  Richard H. Hikida (State Bar No. 196149)<br>    rhikida@trialnewport.com<br>3  Scott J. Ferrell (State Bar No. 202091)<br>    sferrell@trialnewport.com<br>4  **NEWPORT TRIAL GROUP**<br>   A Professional Corporation<br>5  4100 Newport Place Dr., Ste. 800<br>   Newport Beach, CA  92660<br>6  Tel: (949) 706-6464<br>   Fax: (949) 706-6469<br>7<br>   Attorneys for Plaintiff and Counter-Defendant<br>8 | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TAWNSAURA GROUP, LLC,<br><br>        Plaintiff,<br><br>        vs.<br><br>MAGNUM NUTRACEUTICALS, INC.<br><br>        Defendant | Case No.  SACV12-01636-SJO(AGRx)<br><br>[~~PROPOSED~~] **ORDER CONFIRMING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| MAGNUM NUTRACEUTICALS, INC.<br><br>        Counter-Claimants,<br><br>        vs.<br><br>THE TAWNSAURA GROUP, LLC<br><br>        Counter-Defendant. | |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

- Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims, counterclaims and defenses in this action are hereby dismissed with prejudice; and
- The parties shall bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 7/10/2014          By: *S. James Otero*
                              Hon. S. James Otero
                              United State District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2014, I electronically filed the foregoing **[PROPOSED] ORDER CONFIRMING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

          /s/*Tyler J Woods*
          Tyler J Woods